# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HAYES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KERN COUNTY, et al.;<br><br>　　　　Defendants. | Case No. 1:20-cv-01820-NONE-JLT<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO STAY LITIGATION PENDING DECISION BY JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**<br><br>**(Doc. 21)** |

Pending before this Court is a Joint Stipulation for An Order Staying Litigation Pending Decision by Judicial Panel on Multi-District Litigation by Plaintiff Charles Hayes and Defendants Deputy Mario Rojas, Jocelyn Marie, Connie Jefferies, Deputy Rhonda Powell Boyles, Sherriff Support Technician Brandy Hirrell and Deputy Christopher Banks. After reviewing the stipulation, this Court find good cause. Therefore, the stipulation is **GRANTED**.

The Parties **SHALL** file a joint status report in 60 days and every 60 days thereafter until the Judicial Panel on Multi-District Litigation rules on the motion.

IT IS SO ORDERED.

　　Dated: __**June 3, 2021**__　　　　　　____ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE