# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HAYES,<br><br>        Plaintiff,<br><br>    v.<br><br>MARIO ROJAS, et al.,<br><br>        Defendants. | Case No.: 1:20-cv-01820-JLT-BAK (BAM)<br><br>ORDER REASSIGNING THE ACTION<br><br>Old Case Number: 1:20-cv-01820-JLT-BAK (BAM)<br><br>**New Case Number: 1:20-cv-01820-BAK (BAM)** |

All parties indicated their willingness to consent to magistrate judge jurisdiction for all further proceedings, including trial and entry of final judgment, pursuant to 28 U.S.C. § 636(c)(1).  (Docs. 40, 45.)  Accordingly, the Court **REASSIGNS** the action to the United States Magistrate Judge for all further proceedings.  All further papers filed in this action shall bear the new case number: 1:20-cv-01820-BAK (BAM).

IT IS SO ORDERED.

    Dated:   **April 11, 2022**

                                              /s/ Jennifer L. Thurston
                                              UNITED STATES DISTRICT JUDGE